PELKEY, ADMINISTRATRIX, ETC. *v.* STROM.

[No. 19,362. Filed July 11, 1963. Rehearing denied September 17, 1963. Petition to reconsider denied September 30, 1963.]

*Nichols & Nichols,* of Knox and *Stevens & Wampler,* of Plymouth, for appellant.

*Strom & Whitted,* of Gary, for appellee.

ON PETITION TO TRANSFER

PER CURIAM.—The petition to transfer to this Court is denied. We do not, however, by our denial of transfer approve of the statement in the opinion of the Appellate Court reported in — Ind. App. —, 187 N. E. 2d 753, as to the lack of authority of such court to enter a remittitur or to reduce the amount of the judgment. See: 2 I.L.E., Appeals, §655; Lowe's Rev. of Works' Ind. Pract., Vol. 3, §57.9.

Jackson, J., concurs in result.

NOTE.—Reported in 191 N. E. 2d 711.